```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                JAN 1 2 2012

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

1
2
3
4
5

6          UNITED STATES DISTRICT COURT
7          CENTRAL DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,         )
9                                    )
10             Plaintiff,            ) CASE NO. CR 01-489-ABC
11        v.                         )
12                                   ) ORDER OF DETENTION
13   Bryan Riley                     ) [Fed. R. Crim. P. 32.1(a)(6);
                                     )  18 U.S.C. § 3143 (a)]
14             Defendant.            )
15

16                              I.

17      The defendant having been arrested in this District pursuant to a warrant
18  issued by the United States District Court for the ___CD CA___
19   for alleged violation(s) of the terms and conditions of his/her [~~probation~~]
20  [supervised release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule
22  of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.  [X] The defendant has not met his/her burden of establishing by clear and
25      convincing evidence that he/she is not likely to flee if released under
26      18 U.S.C. § 3142(b) or (c). This finding is based on _____
27      _____
28      _____

and/or

B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ Criminal _____

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 1/12/12

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE